IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CRIMINAL NO. **06-30097-MJR** |
| **VICTOR GUTIERREZ-ARRIAGA,** | ) ) ) |
| Defendant. | ) |

## O R D E R

**PROUD, Magistrate Judge**:

Upon consideration and for good cause shown, the Motion to Withdraw as Counsel for Defendant **(Doc. 10)** is **GRANTED**.

Renee E. Schooley and the Office of the Federal Public Defender are granted leave to withdraw as counsel for defendant.

The Court hereby orders the appointment of a CJA panel attorney to represent defendant Victor Gutierrez-Arriaga.

**IT IS SO ORDERED.**

DATE:  August 16, 2006.

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**